## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## COLUMBIA DIVISION

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S LONDON, <br><br> Plaintiff, <br><br> v. <br><br> POWER HOME SOLAR, LLC D/B/A PINK ENERGY, F/K/A POWER HOME, SOLAR & ROOFING, KRISTEN NIGHTINGALE and STEVEN NIGHTINGALE, USAA GENERAL INDEMNITY COMPANY <br><br> Defendants. | **STIPULATION OF DISMISSAL WITH PREJUDICE** <br><br> C.A. No.: 3:25-cv-1590-SAL |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Certain Underwriters at Lloyd's London stipulates and agrees to dismiss with prejudice all claims brought by Plaintiff in this matter.

 

s/Jennifer E. Johnsen
Jennifer E. Johnsen (Fed. ID No. 5427)
GALLIVAN, WHITE & BOYD, P.A.
Post Office Box 10589
Greenville, SC 29603
(864) 271-9580 (Tel.)
jjohnsen@gwblawfirm.com

-and-

Brian C. Bassett (admitted Pro Hac Vice)
bbassett@tlsslaw.com
Laura Schroeder (admitted Pro Hac Vice)
lschroeder@tsslaw.com
TRAUB LIEBERMAN STRAUS & SHREWSBERRY, LLP
71 S. Wacker Drive, Suite 2110
Chicago, IL 60606

*Attorneys for Plaintiff*